MOTOR CAR SUPPLY CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 2088.   Promulgated December 12, 1927.

*S. F. Beach*, for the petitioner.
*John W. Fisher, Esq.*, for the respondent.

OPINION.

TRUSSELL: The allowable depreciation for the taxable year in question was depreciation sustained in that year alone. The method of computation used resulted in the inclusion of depreciation accumulated in prior years and not deducted in prior income-tax returns. *Appeal of Fort Orange Paper Co.*, 1 B. T. A. 1230. The action of the Commissioner must, therefore, be affirmed.

*Judgment will be entered for the respondent.*

Considered by LITTLETON, SMITH, and LOVE.